Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T): 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

NI, WANG & MASSAND, PLLC
Hao Ni (pro hac vice to be filed)
hni@nilawfirm.com
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Westwind LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESTWIND IP LLC,** | |
| Plaintiff, | |
| v. | **Civil Action No.** |
| **TRANSCEND INFORMATION INC.** | **ORIGINAL COMPLAINT** |
| Defendant. | **JURY TRIAL DEMANDED** |

## ORIGINAL COMPLAINT

1

ORIGINAL COMPLAINT
No.

Plaintiff Westwind IP LLC ("Plaintiff") files this original complaint against Transcend Information Inc. ("Defendant"), alleging, based on its own knowledge as to itself and its own actions, and based on information and belief as to all other matters, as follows:

**PARTIES**

1. Plaintiff is a limited liability company formed under the laws of the State of Texas.

2. Defendant is a company organized and existing under the laws of the state of California, with its principal place of business at 1645 N. Brian St., Orange, CA 92867.

**JURISDICTION AND VENUE**

1. This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284–85, among others. This Court has subject matter jurisdiction of the action under 28 U.S.C. §§ 1331 and 1338(a).

2. Venue is proper in this District under 28 U.S.C. §1400(b). Defendant is a resident of the forum state by virtue of its incorporation under the laws of the forum state and also has a place of business and has committed acts of infringement within the forum state.

3. Defendant is subject to this Court's specific and general personal jurisdiction under due process and/or the California Long Arm Statute due at least

to Defendant's substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in California and in this District; (iii) and by virtue of its incorporation under the laws of the forum state.

### THE '924 PATENT

4. On March 25, 2003, United States Patent No. 6,538,924 ("the '924 Patent") was duly and legally issued by the United States Patent and Trademark Office for an invention titled "Semiconductor Integrated Circuit." Attached hereto as Exhibit A.

5. The '924 Patent is valid and enforceable under United States Patent Laws.

6. Plaintiff is the owner of the '924 Patent with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the '924 patent against infringers, and to collect damages for all relevant times.

### COUNT I – INFRINGEMENT OF U.S. PATENT NO. 6,538,924

7. Plaintiff repeats and realleges the allegations of paragraphs 1 through 9 as if fully set forth herein.

8. Defendant, without authority from Plaintiff, made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale semiconductor integrated circuits including the Transcend JetFlash 790 (the "Accused Product") which directly infringes the '924 Patent under 35 U.S.C. § 271(a).

9. The Accused Product infringes at least claim 12 of the '924 Patent.

10. For example, the Accused Product infringes claim 12 of the '924 Patent. It is a semiconductor circuit system in which a first semiconductor device (e.g., NAND Flash Memory) and a second semiconductor device (e.g., Memory Controller) which can access a storage included in said first semiconductor device are mounted on a single printed wiring board, wherein said storage includes a volatile memory (e.g., registers) and a nonvolatile memory (e.g., NAND Flash cell), said first semiconductor device further comprises: a plurality of first input terminals (e.g., CLE, ALE etc.) for receiving a plurality of control signals; and a plurality of second input terminals for receiving a plurality of address signals (e.g., DQ0, DQ1 etc.), each of a first command (e.g., Set Features) for controlling said volatile memory and a second command (e.g., Page Program) for controlling said nonvolatile memory is specified by signals supplied to said plurality of first input terminals and one or more signals supplied to one or more of said plurality of second input terminals, and a code (e.g., CE*=0, CLE=1, ALE=0, RE*=1 on rising edge of WE*)

4

ORIGINAL COMPLAINT
No.

of said plurality of control signals is common to said first command (e.g., Set Features) and said second command (e.g., Page Program), and said one or more signals supplied to one or more of said plurality of second input terminals for said first command (e.g., Set Features) and that for said second command are different from each other (e.g., Page Program). *See* Ex. A-1 at Figs. 1-7.

11. Plaintiff has been damaged as a result of the infringing conduct by Defendant alleged above. Thus, Defendant is liable to Plaintiff in an amount that adequately compensates Plaintiff for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

12. Plaintiff and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

    A. that judgment be entered that Defendant has infringed at least one or more claims of the '924 Patent, directly and/or indirectly, literally and/or under the doctrine of equivalents;

    B. an award of damages sufficient to compensate Plaintiff for Defendant's infringement under 35 U.S.C. § 284, including an enhancement of damages on account of Defendant's willful infringement;

5
ORIGINAL COMPLAINT
No.

C. that the case be found exceptional under 35 U.S.C. § 285 and that Plaintiff be awarded its reasonable attorneys' fees;

D. costs and expenses in this action;

E. an award of prejudgment and post-judgment interest; and

F. such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff respectfully demands a trial by jury on all issues triable by jury.

DATED January 30, 2021.                    Respectfully submitted,

*/s/ Steven W. Ritcheson, Esq.*
Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
swritcheson@insightplc.com

*Attorney for Plaintiff*
*Westwind IP LLC*

ORIGINAL COMPLAINT
No.