Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T): 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

*Attorneys for Plaintiff*
*Westwind IP LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTWIND IP LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSCEND INFORMATION INC.<br><br>　　　　　Defendant. | **Civil Action No. 8:21-cv-00214**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**JURY TRIAL DEMANDED** |

# NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Westwind IP LLC ("Plaintiff") by and through its undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this action WITH prejudice against Defendant Transcend Information Inc. ("Defendant"). Prior to the filing of this notice, Defendant has not filed an answer or a motion for summary judgment.

DATED June 4, 2021.               Respectfully submitted,

*/s/ Steven W. Ritcheson, Esq.*
Steven W. Ritcheson, Esq. (SBN 174062)
**INSIGHT, PLC**
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191
Facsimile: (818) 337-0383
swritcheson@insightplc.com

*Attorney for Plaintiff*
*Westwind IP LLC*

I hereby certify that on the 4th day of June, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Central District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Steven W. Ritcheson, Esq.*
Steven W. Ritcheson, Esq.